# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Bank of America, N.A., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00691-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| William P Butler | ) | |
| Corporex Companies, LLC | | |
| Thomas E Banta, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 28, 2014 Order.

July 28, 2014

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court